# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Smith

            V.                            **JUDGMENT IN A CIVIL CASE**

Giurbino

                            CASE NUMBER:    03cv593 WQH(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion Summary Judgment as to all of Plaintiffs' remaining claims is Granted. The Clerk of the Court shall enter judgment in favor of Defendants.

| February 2, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ G Cazares
(By) Deputy Clerk
ENTERED ON February 2, 2007

03cv593 WQH(CAB)